Case 3:98-cv-01633-W-LAB   Document 1   Filed 09/09/98   PageID.1   Page 1 of 15

USDC SCAN INDEX SHEET










LLS    9/10/98    15:07
3:98-CV-01633    MICROSTAR SOFTWARE V. EPIC MEGAGAMES INC
*1*
*CMP.*

ORIGINAL

Law Offices
**FLYNN, SHERIDAN, TABB & STILLMAN**
P.O. Box 690
16903 Avenida de Acacias, Suite 5
Rancho Santa Fe, California 92067
(619) 759-7000

PHILIP H. STILLMAN, Bar # 152861
SETH F. GORMAN, Bar # 182906

Attorneys for plaintiff, MICROSTAR SOFTWARE, INC.

(SPACE BELOW PROVIDED FOR FILING STAMP ONLY)

FILED
98 SEP -9 PM 1:56

CLERK, U.S. DISTRICT
SOUTHERN DISTRICT OF CA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
# FOR SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICROSTAR SOFTWARE, INC., a California corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>EPIC MEGAGAMES, INC.; and DOES 1 through 10 inclusive,<br><br>    Defendants. | CASE NO.: **'98 cv 1633 JM LAB**<br><br>COMPLAINT FOR:<br><br>1. DECLARATORY JUDGMENT;<br>2. VIOLATION OF THE SHERMAN ACT<br>3. INTENTIONAL INTERFERENCE WITH CONTRACTUAL RELATIONS;<br>4. UNFAIR COMPETITION;<br>5. CONSPIRACY |

I.

## PARTIES

1. Plaintiff Micro Star is a California corporation with a usual place of business in San Diego County, California.

2. Defendant Epic MegaGames Inc. ("Epic") is a business entity with a usual place of business in Virginia. Upon information and belief, Epic is the copyright owner of Unreal. Epic regularly transacts business in San Diego County, California.

3. Defendants DOES 1 through 100 inclusive are sued herein under fictitious names; the true names and capacities are not known at this time, but the prayer is made that the same may be inserted herein when ascertained. Plaintiff is informed and believes and therefore alleges that each of the Defendants designated herein as a DOE is responsible in some manner for the events and happenings herein referred to, and proximately caused the damage to the Plaintiff as herein alleged.

4. At all times relevant, each of the defendants acted as the agent for each of the other defendants in doing the acts complained of herein.

II.

## JURISDICTION

5. The court has federal question jurisdiction under 28 U.S.C. § 1338 pursuant to the Copyright Act of 1976 as amended, 17 U.S.C. § 101 et seq. and under 28 U.S.C. § 1337 pursuant to the Sherman Antitrust Act, 15 U.S.C. § 2.

6. The court also has diversity jurisdiction pursuant to 28 U.S.C. § 1332(a)(1).

7. Jurisdiction over the state law claims is also conferred by the principles of supplemental jurisdiction, 28 U.S.C. § 1367 as well as 28 U.S.C. § 1338(b).

8. No amount in controversy is required for this action; however, the amount in controversy is in excess of $1,000,000.

III.

## VENUE

9. The cause of action arose in the State and Southern District of California in that a substantial part of the events and omissions that are the subject of this action occurred in the State

- 1 -

Unreal Complaint.wpd

and the Southern District of California, pursuant to 28 U.S.C. § 1391(a) and (b). Moreover, all of the Defendants transact business in the Southern District of California and are subject to personal jurisdiction there, and venue is therefore appropriate under 28 U.S.C. § 1391(c) and 28 U.S.C. § 1400(a).

## IV.

## FACTUAL ALLEGATIONS

A.   Unreal.

10.   Unreal is a popular video game. "Unreal" is, according to Unreal's packaging, a registered trademark of the defendants.

11.   Unreal is marketed by the defendants in two ways. First, individuals may obtain a "shareware" version of Unreal off of the Internet without charge. If the individual is satisfied with the game, he or she can register the game with the defendants for a fee. The shareware version of Unreal is substantially similar to the registered version and consists of certain "levels." However, to encourage individuals to purchase the registered version, the shareware version is limited in several ways. For example, it only includes a limited number of levels, a limited number of weapons, and does not permit multiple players. The shareware version, which is distributed without charge over the Internet, has the same appearance and characters as does the registered version.

12.   The second way that Unreal is marketed is through commercial vendors for a fee. For the purchase price, a purchaser gets a "registered" copy of Unreal on a CD, which has a number of different levels.

13.   Particularly germane to this action, the registered version also contains, as set forth on the Unreal packaging, an easy-to-use editor that enables the user to build new levels. The registered version thus permits purchasers to create new levels for Unreal, which can then be played using the registered version of Unreal.

14.   Without the registered version of Unreal, user-created data files cannot be played.

15.   The defendants have used this feature as a selling point for the registered version of Unreal.

16.   Currently, there are hundreds of independently created data files available to the

Unreal Complaint.wpd

- 2 -

public over the Internet and on various electronic bulletin board systems ("BBS"). In fact, the creators of Unreal' own BBS distributes these levels created by users. These data files are therefore in the public domain.

17. Unreal purports to restrict the use of levels created with the level editor to non-commercial distribution by inclusion of a license with the game.

B. <u>Micro Star's "Totally 4 Real."</u>

18. Recognizing the difficulty facing registered users in distributing and obtaining other users' data files, Micro Star believed that a commercial market existed for a compilation of these third party-created data files. Micro Star collected these third party-created data files from public sources such as the Internet, and compiled a number of them on a CD entitled "Totally 4 Real." Micro Star did not create any of these data files nor use the defendants' software to create them.

19. The packaging, or "cover art" for Totally 4 Real is completely dissimilar to Unreal's cover art. In addition, Totally 4 Real's cover art prominently identifies Unreal as "a registered trademark of Epic Entertainment." Totally 4 Real's cover art also prominently states (1) that "this product is not affiliated with nor will it be supported by Epic Entertainment" and (2) in a bright red sticker, that the new levels "were independently created by 3rd parties not affiliated with Epic, creator of Unreal". Thus, there is no possibility that any reasonable consumer could mistake Totally 4 Real for Unreal or a product created by the defendants. Moreover, it complies with the district court's ruling in *Microstar v. Formgen, Inc.*, 942 F.Supp. 1312 (S.D.Cal. 1996), affirming the lack of confusion in such identical disclaimers.

20. Moreover, as discussed above, Totally 4 Real's cover art prominently states that in order to use Totally 4 Real, the purchaser must purchase the registered version of Unreal. Thus, not only is there no possibility of confusion, but sales of Totally 4 Real actually complement or enhance sales of Unreal. Presumably, more consumers will purchase Unreal since there are many new levels to play, and consumers who have heard of one or more levels included in Totally 4 Real will want to purchase the registered version of Unreal in order to play those levels.

21. Totally 4 Real will be released to the public on or about September 12, 1998. There is a significant demand for Totally 4 Real.

Unreal Complaint.wpd

- 3 -

C. <u>The Defendants' Wrongful Conduct.</u>

22. At some time on or about August 28, 1998, the defendants began a course of conduct designed to prevent sales of Totally 4 Real nationally, so that the defendants could market their own new data files for Unreal. Accordingly, plaintiff is informed and believes that the defendants and their authorized agents began contacting major nationwide distributors of game software, including those who had already placed orders with Micro Star for thousands of units of Totally 4 Real, with the express purpose of wrongfully disrupting those vendors' contracts and purchase orders with Micro Star.

23. As a result of these threats, the defendants have threatened to cause the loss of thousands of unit sales to vendors, and will cost Micro Star hundreds of thousands of dollars in revenue.

24. In addition, the defendants threatened Micro Star with a copyright infringement action and impoundment of all copies of Totally 4 Real in order to intimidate Micro Star into removing Totally 4 Real from distribution.

25. At all times, the defendants knew or believed that Totally 4 Real did not infringe on their copyrights or trademarks, and knew that threats of legal action against Totally 4 Real's distributors were baseless. In particular, a district court of this district has already ruled that Microstar could release such additional game levels and that such levels did not infringe on any copyrights. Moreover, the defendants knew that all of the data files contained on the Totally 4 Real CD were in the public domain and created and distributed with the defendants' encouragement. Thus, the defendants made such threats solely for the anti-competitive purpose of preserving a market for their own product, which was not even ready for distribution.

26. Accordingly, without the injunctive and declaratory relief requested below, Micro Star will suffer irreparable harm to its business, and has already suffered significant monetary and reputational harm as a result of the defendants' misuse of their copyrights and trademarks.

## FIRST CAUSE OF ACTION

(Declaratory Judgment)

27. Plaintiff realleges and incorporates by reference to allegations contained in paragraphs

1 through 30 as through set forth herein in full.

28. An actual controversy has arisen and exists among Micro Star and the defendants. The defendants contend that Totally 4 Real infringes on their copyrights and trademarks for Unreal. Micro Star disputes this contention.

29. Plaintiff desires a judicial declaration that Totally 4 Real does not infringe on either the copyrights or trademarks or rights held by the defendants. In addition, Micro Star seeks a declaration that the defendants cannot enforce their copyrights against Micro Star because of their misuse of the copyrights as set forth above.

30. Such a declaration of rights is necessary and appropriate at this time in order that Plaintiff may ascertain his rights and duties with respect to defendants, and each of them, and with respect to any third parties who may intend to or currently distribute Totally 4 Real.

## SECOND CAUSE OF ACTION

(Violation of the Sherman Antitrust Act)

31. Plaintiff realleges and incorporates by reference to allegations contained in paragraphs 1 through 30 as through set forth herein in full.

32. Unreal and add-on programs for Unreal is a discrete market within the video game industry. Unreal currently accounts for a significant portion of the video game market.

33. As set forth above, the defendants have the specific intent to monopolize the relevant market and have conspired to attempt to monopolize the relevant market through, among other things, misuse of their copyright.

34. As set forth above, the defendants, through their knowingly baseless threats of legal action against Totally 4 Real distributors, have committed several anti-competitive acts in furtherance of their intent. In particular, the defendants' threat of copyright infringement lawsuits and impoundment is a sham.

35. Moreover, by virtue of their anti-competitive acts, the defendants have a dangerous probability of success in monopolizing the market. In fact, upon information and belief, Micro Star is the only competition in the relevant market, and the defendants' anti-competitive conduct threatens to eliminate all competition in the market.

Unreal Complaint.wpd

- 5 -

36. As a result of the defendants' anticompetitive conduct and attempted monopolization barred by Section 2 of the Sherman Antitrust Act, Micro Star has suffered and continues to suffer damages in an amount to be determined at trial but in excess of $500,000.

### THIRD CAUSE OF ACTION

(Interference with Contractual Relations)

37. Plaintiff realleges and incorporates by reference to allegations contained in paragraphs 1 through 36 as through set forth herein in full.

38. The defendants knew of the existing and prospective business and contractual relations between Micro Star and its vendors.

39. By the wrongful acts set forth above, the defendants intentionally disrupted Micro Star's advantageous contractual and prospective relations with its vendors who had agreed to purchase or had purchased Nuke It.

40. The defendants knew that disruption of Micro Star's contractual relations would result from their copyright misuse, and intended that their anti-competitive conduct result in the disruption of Micro Star's contractual relations.

41. The defendants' wrongful acts alleged above were neither justified or privileged. Instead the defendants' actions were outside the realm of legitimate business transactions.

42. As a result of the defendants' intentional interference with Micro Star's contractual relations, Micro Star has suffered and continues to suffer damages in an amount to be determined at trial but in excess of $500,000.

43. The defendants acted intentionally, maliciously, willfully and with the intent to injure Plaintiff, or to benefit defendants. Accordingly, the defendants should pay Plaintiff punitive damages in an amount not less than five million dollars ($5,000,000.00), in accordance with proof at trial.

### FOURTH CAUSE OF ACTION

(Unfair Competition under Cal. Bus. & Prof. Code § 17200 et seq.)

44. Plaintiff realleges and incorporates by reference to allegations contained in paragraphs 1 through 43 as through set forth herein in full.

45. The defendants' acts as set forth above, constitute unlawful, unfair or fraudulent business practices.

46. As a result of the defendants' unfair competition, Micro Star has suffered and continues to suffer damages in an amount to be determined at trial but in excess of $500,000.

## JURY DEMAND

47. Micro Star demands a trial by jury.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment as follows:

1. That defendants, and each of them, their agents, and servants be enjoined during the pendency of this action and permanently from contacting any vendor and contending, in any form of words or media, that Totally 4 Real infringes on the defendants' copyrights or trademarks, that a vendor should not carry Totally 4 Real, that the defendants may or will commence a legal action against the vendor as a result of the vendor carrying Totally 4 Real;

2. That defendants, and each of them, pay general and special damages to Plaintiff for defendants' unfair competition in accordance with proof at trial;

3. That defendants, and each of them, pay punitive and/or treble damages to Plaintiff for defendants' unfair competition and violation of the Sherman Antitrust Act in accordance with proof at trial;

4. That defendants, and each of them, pay Plaintiff its costs of this action and its reasonable attorneys' fees;

5. That the Court issue a declaration that Totally 4 Real does not infringe on any of the defendants' copyrights or trademarks;

6. That the Court issue a declaration that the defendants cannot enforce their copyrights against Micro Star because of the defendants' misuse of their copyrights; and

7.  Such other and further relief as this Court deems just and appropriate.

Respectfully Submitted,

FLYNN, SHERIDAN, TABB & STILLMAN

Dated: September 9, 1998

By: *[signature]*
Philip H. Stillman, Esq.
Attorneys for Plaintiff

AO 121 (6/90)

| TO: Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☐ ACTION | ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|---|
| DOCKET NO.<br>98cv1633 JM (LAB) | DATE FILED<br>9/9/98 | United States District Court, Southern District of California<br>880 Front Street, Room 4290<br>San Diego, CA 92101-8900 |

| PLAINTIFF | DEFENDANT |
|---|---|
| Microstar Software, Inc | Epic Megagames, Inc |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 see attachment...(copy of complaint) | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order  ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes  ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

Copy 1 - Upon initiation of action, mail this copy to Register of Copyrights  Copy 2 - Upon filing of document adding copyrights, mail this copy to Register of Copyrights

Copy 3 - Upon termination of action, mail this copy to Register of Copyrights  Copy 4 - In the event of appeal, forward this copy to the Appellate Court so they can prepare a new AO 279 for the appeal

AO 121 (6/90)

| TO:<br>Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☐ ACTION | ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|---|
| DOCKET NO.<br>98cv1633 JM (LAB) | DATE FILED<br>9/9/98 | United States District Court, Southern District of California<br>880 Front Street, Room 4290<br>San Diego, CA 92101-8900 |
| PLAINTIFF<br>Microstar Software, Inc | | DEFENDANT<br>Epic Megagames, Inc |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 see attachment...(copy of complaint) | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |||
|---|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK || AUTHOR OF WORK |
| 1 | | | |
| 2 | | | |
| 3 | | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order  ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes  ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

Copy 1 - Upon initiation of action, mail this copy to Register of Copyrights  Copy 2 - Upon filing of document adding copyrights, mail this copy to Registrer of Copyrights

Copy 3 - Upon termination of action, mail this copy to Register of Copyrights  Copy 4 - In the event of appeal, forward this copy to the Appellate Court so they can prepare a new AO 279 for the appeal

AO 121 (6/90)

| TO: Register of Copyrights Copyright Office Library of Congress Washington, D.C. 20559 | REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☐ ACTION | ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|---|
| DOCKET NO. 98cv1633 JM (LAB) | DATE FILED 9/9/98 | United States District Court, Southern District of California 880 Front Street, Room 4290 San Diego, CA 92101-8900 |
| PLAINTIFF Microstar Software, Inc | | DEFENDANT Epic Megagames, Inc |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 see attachment...(copy of complaint) | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED ☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED ☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

Copy 1 - Upon initiation of action, mail this copy to Register of Copyrights  Copy 2 - Upon filing of document adding copyrights, mail this copy to Registrer of Copyrights

Copy 3 - Upon termination of action, mail this copy to Register of Copyrights  Copy 4 - In the event of appeal, forward this copy to the Appellate Court so they can prepare a new AO 279 for the appeal

AO 121 (6/90)

| TO: Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☐ ACTION | ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|---|
| DOCKET NO.<br>98cv1633 JM (LAB) | DATE FILED<br>9/9/98 | United States District Court, Southern District of California<br>880 Front Street, Room 4290<br>San Diego, CA 92101-8900 |
| PLAINTIFF<br>Microstar Software, Inc | | DEFENDANT<br>Epic Megagames, Inc |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 see attachment...(copy of complaint) | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order  ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes  ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

Copy 1 - Upon initiation of action, mail this copy to Register of Copyrights  Copy 2 - Upon filing of document adding copyrights, mail this copy to Registrer of Copyrights

Copy 3 - Upon termination of action, mail this copy to Registrer of Copyrights  Copy 4 - In the event of appeal, forward this copy to the Appellate Court so they can prepare a new AO 279 for the appeal

JS 44
(Rev. 07/89)

CIVIL COVER SHEET

**ORIGINAL**

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

### I. (a) PLAINTIFFS

MICROSTAR SOFTWARE, INC., a California Corporation

### DEFENDANTS

EPIC MEGAGAMES, INC.; and DOES 1 through 10 inclusive

FILED
98 SEP -9 PM 1:59

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF: San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT: _DEPUTY_
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Philip H. Stillman, Esq.
Flynn, Sheridan, Tabb & Stillman
16903 Avenida De Acacias, #5, P.O. Box 690
Rancho Santa Fe, CA 92067  (619) 759-7000

ATTORNEYS (IF KNOWN)

'98 CV 1633 JM LAB

### II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [X] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|   | PTF | DEF |   | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business in This State | [X] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business in Another State | [ ] 5 | [X] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

### IV. ORIGIN (PLACE AN x IN ONE BOX ONLY)

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

### V. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
- DEMAND $
- Check YES only if demanded in complaint:
- JURY DEMAND: [X] YES [ ] NO

### VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

Copyright Act. Declaratory judgment under the Copyright Act.

17:0101 ss

### VII. NATURE OF SUIT (PLACE AN x IN ONE BOX ONLY)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | [ ] 610 Agriculture | [ ] 422 Appeal 28 USC 158 | [ ] 400 State Reapportionment |
| [ ] 120 Marine | [ ] 310 Airplane / [ ] 362 Personal Injury-Med Malpractice | [ ] 620 Other Food & Drug | [ ] 423 Withdrawal 28 USC 157 | [ ] 410 Antitrust |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability / [ ] 365 Personal Injury-Product Liability | [ ] 625 Drug Related Seizure of Property 21 USC 881 | PROPERTY RIGHTS | [ ] 430 Banks and Banking |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander / [ ] 368 Asbestos Personal Injury Product Liability | [ ] 630 Liquor Laws | [X] 820 Copyrights | [ ] 450 Commerce/ICC Rates/etc. |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | [ ] 640 R.R. & Truck | [ ] 830 Patent | [ ] 460 Deportation |
| [ ] 151 Medicare Act | [ ] 340 Marine / PERSONAL PROPERTY | [ ] 650 Airline Regs | [ ] 840 Trademark | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 152 Recovery of Defaulted Student Loans (Excl. Veterans) | [ ] 345 Marine Product Liability / [ ] 370 Other Fraud | [ ] 660 Occupational Safety/Health | SOCIAL SECURITY | [ ] 810 Selective Service |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle / [ ] 371 Truth in Lending | [ ] 690 Other | [ ] 861 HIA (1395ff) | [ ] 850 Securities/Commodities/Exchange |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability / [ ] 380 Other Personal Property Damage | LABOR | [ ] 862 Black Lung (923) | [ ] 875 Customer Challenge 12 USC 3410 |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury / [ ] 385 Property Damage Product Liability | [ ] 710 Fair Labor Standards Act | [ ] 863 DIWC/DIWW (405(g)) | [ ] 891 Agricultural Acts |
| [ ] 195 Contract Product Liability | CIVIL RIGHTS / PRISONER PETITIONS | [ ] 720 Labor/Mgmt. Relations | [ ] 864 SSID Title XVI | [ ] 892 Economic Stabilization Act |
| REAL PROPERTY | [ ] 441 Voting / [ ] 510 Motions to Vacate Sentence Habeas Corpus | [ ] 730 Labor/Mgmt. Reporting & Disclosure Act | [ ] 865 RSI (405(g)) | [ ] 893 Environmental Matters |
| [ ] 210 Land Condemnation | [ ] 442 Employment | | FEDERAL TAX SUITS | [ ] 894 Energy Allocation Act |
| [ ] 220 Foreclosure | [ ] 443 Housing/Accommodations / [ ] 530 General | [ ] 740 Railway Labor Act | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 895 Freedom of Information Act |
| [ ] 230 Rent Lease & Ejectment | [ ] 444 Welfare / [ ] 535 Death Penalty | | [ ] 871 IRS-Third Party 26 USC 7609 | [ ] 900 Appeal of Fee Determination Under Equal Access to Justice |
| [ ] 240 Torts to Land | [ ] 440 Other Civil Rights / [ ] 540 Mandamus & Other | [ ] 790 Other Labor Litigation | | [ ] 950 Constitutionality of State Statutes |
| [ ] 245 Tort Product Liability | / [ ] 550 Civil Rights | [ ] 791 Empl. Ret. Inc. Security Act | | [X] 890 Other Statutory Actions |
| [ ] 290 All Other Real Property | | | | |

### VIII. RELATED CASE(S) IF ANY  (See instructions)

JUDGE _____    DOCKET NUMBER _____

DATE 9/9/98    SIGNATURE OF ATTORNEY OF RECORD Philip H. Stillman

UNITED STATES DISTRICT COURT
CV-71 (07/92)

(CONTINUED ON REVERSE SIDE)

#1881  $150

FO-JS4